UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

*Jean Levine, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 12-cv-11554-DRH

*Karen Scott-Carter, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 12-cv-10669-DRH

*Leslie Amy Pozarycki v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-20160-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 3, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
          **Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.06.05 16:40:06 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT